No. 5826.—Soto, apldo., *v.* Cerezo, aplte.—C. D. Aguadilla. Noviembre 23, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, la apelación en este caso se interpuso el 23 de julio de 1931;

Por cuanto, la parte apelante intentó preparar una transcripción de la evidencia, que después abandonó;

Por cuanto, la transcripción de autos no llegó a este tribunal hasta el 18 de septiembre de 1931;

Por tanto, vistos los casos *Hernández* v. *Quiñones,* 34 D.P.R. 720; *Parker* v. *Oller,* 21 D.P.R. 448; *Batista* v. *Benítez,* 28 D.P.R. 898; y *Banuchi* v. *Cabán,* 32 D.P.R. 931, se desestima el recurso.